[No. 20768–7–I. Division One. October 3, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. PAULA MARIE
LONNIE, *Defendant,* ALBERT JAY
HATCHER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–00028–8, Patricia H. Aitken, J., entered

July 14, 1987. *Dismissed* by unpublished per curiam opinion.